**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RYAN FREDERICKS AND ALICIA FREDERICKS** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-cv-01378** |
| **ASSURANT SPECIALTY** | : | |
| **and** | : | |
| **AMERICAN SECURITY INSURANCE COMPANY** | : | |
| **and** | : | |
| **ROCKET MORTGAGE, LLC** | : | |

# ORDER

**AND NOW**, this 12th day of August 2026, upon considering defendants' motion to dismiss (DI 20), plaintiffs' opposition (DI 22), defendants' reply (DI 26), defendant's motion to dismiss (DI 21), plaintiffs' opposition (DI 23), defendant's reply (DI 27), following our July 7, 2026 oral argument, and for reasons in the accompany memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 20) is **GRANTED** in that Assurant Specialty is **dismissed** as a party, but otherwise **DENIED**.

2. Defendant's motion to dismiss (DI 21) is **GRANTED** in that the bad faith claim against Rocket Mortgage is **dismissed**, but otherwise **DENIED**.

**MURPHY, J.**